UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 7 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| LOFOFORA EVA CONTRERAZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KEN SALAZAR et al.,<br><br>　　　　　　Defendant. | CASE NO. 11CV0265-GPC(PCL)<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: 5/17/2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE